| | |
|---|---|
| 1 | **GALATEA DELAPP #181581** |
|   | Attorney at Law |
| 2 | 1541 E Fairmont Avenue #104 |
|   | Fresno, California 93704 |
| 3 | PHONE: (559) 803-0471 |
| 4 | |
| 5 | Attorney for: **Augustin Reyes** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ***UNITED STATES OF AMERICA***, | ) 1:17-cr-00153 DAD-BAM |
|   | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
|   | ) CONFERENCE AND ~~PROPOSED~~ ORDER |
|   | ) THEREON |
| vs. | ) |
|   | ) |
| ***AUGUSTIN REYES*** | ) |
|   | ) |
| Defendant | ) |

It is hereby stipulated, by and between the parties, ***AUGUSTIN REYES*** and ***THE UNITED STATES OF AMERICA***, and through their respective attorneys of record herein, that the status conference in the above caption matter now scheduled for ***November 13, 2017 at 1:00 PM***, may be continued to ***December 11, 2017 at 1:00 PM.***

A continuance is necessary in order for defense counsel to review relevant images in the custody of law enforcement. The case agent who is able to facilitate the viewing is on vacation for the next week and it is not possible to view the images prior to the next scheduled status conference.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For

this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: November 8, 2017 /s/ Galatea DeLapp
*GALATEA DeLAPP*
Attorney for *AUGUSTIN REYES*

DATED: November 8, 2017 PHILLIP A. TALBERT
United States Attorney

By /s/Brian Enos
*BRIAN ENOS*
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED THAT the 1st Status Conference is continued from November 13, 2017 to December 11, 2017 at 1:00 PM before Judge McAuliffe in courtroom 8. Time excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: __**November 8, 2017**__ /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE