| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | BRIAN W. ENOS |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, Ca 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:17-cr-00153 DAD/BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MARCH 12, 2018 STATUS CONFERENCE TO APRIL 23, 2018; [~~PROPOSED~~] ORDER** |
| v. | Ctrm: 8 |
| AUGUSTINE AMON REYES, | Hon. Barbara A. McAuliffe |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Galatea R. DeLapp, counsel for defendant Augustine Amon Reyes ("defendant"), that this action's **Monday, March 12, 2018 status conference be continued to Monday, April 23, 2018, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. To explain, at the December 11, 2017 status conference, the parties reported to the court that (1) the government produced initial discovery, (2) defense counsel reviewed the discovery, and further reviewed electronic forensic evidence in

Bakersfield pursuant to relevant provisions of the Adam Walsh Act, (3) the parties would discuss the defense's request for supplemental electronic discovery pursuant to this review, and (4) the government would meet with an agent in Bakersfield in an effort to obtain this additional evidence.

The parties have since discussed the defense's review of forensic evidence in the case, including issues raised by defense counsel pursuant to the same regarding supplemental information it seeks. HSI Bakersfield's lead agent on this case since transferred to Los Angeles. In part as a result of that transfer, counsel for the government was delayed in arranging a meeting to work through the case's electronic evidence. Such a meeting has since been confirmed, however, and will take place in Bakersfield on March 21, 2018. Government counsel will further attempt to obtain the supplemental discovery requested by the defense, to the extent it was available. After these efforts take place, counsel for both parties will be better prepared to address a potential resolution of this case.

The parties therefore seek the above extension so the government can timely attempt to obtain and produce, and the defense can timely review, the supplemental information sought prior to the next status conference. After conferring about this issue, counsel for both parties determined that they were both available on April 23, 2018. For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and any delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (h)(7)(B)(i) .

IT IS SO STIPULATED.

*(As auth 3/6/18)*

Dated: March 6, 2018 By: /s/ Galatea R. DeLapp
Galatea R. DeLapp
Attorney for Defendant
Augustine Amon Reyes

Dated: March 6, 2018 McGREGOR W. SCOTT
United States Attorney

By: /s/ Brian W. Enos
Brian W. Enos
Assistant U.S. Attorney

///

ORDER

IT IS SO ORDERED THAT the 2nd status conference is continued from March 12, 2018 to April 23, 2018 at 1:00PM before Judge McAuliffe. Time excluded pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (h)(7)(B)(i) .

IT IS SO ORDERED.

Dated: __March 7, 2018__ /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE