1 McGREGOR W. SCOTT
United States Attorney
2 BRIAN W. ENOS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, Ca 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6 United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTINE AMON REYES,<br><br>Defendant. | Case No. 1:17-CR-00153-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 7, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Augustine Amon Reyes in the following property:

 a. LG MS345 cellular phone, seized from defendant by law enforcement on or about November 29, 2016;

 b. 16 GB Micro SD card, seized from defendant by law enforcement on or about November 29, 2016; and

 c. Any additional SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about November 29, 2016.

///

| | |
|---|---|
| 1 | AND WHEREAS, beginning on November 2, 2019, for at least thirty (30) consecutive |
| 2 | days, the United States published notice of the Court's Orders of Forfeiture on the official |
| 3 | internet government forfeiture site www.forfeiture.gov. Said published notice advised all third |
| 4 | parties of their right to petition the Court within sixty (60) days from the first day of |
| 5 | publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in |
| 6 | the forfeited property; |

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Augustine Amon Reyes.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **January 27, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE